LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Office@DanielMarks.net
(702) 386-0536; FAX (702) 386-6812
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JULIE SHERIDAN,                                    Case No.        2:20-CV-00126-APG-DJA

     Plaintiff,

v.

CAESARS ENTERTAINMENT
SERVICES LLC,

     Defendant,
_____/

**STIPULATION AND ORDER TO AMEND COMPLAINT**

    COMES NOW the Plaintiff, Julie Sheridan, by and through her counsel, Daniel Marks, Esq., and

Nicole M. Young, Esq., of the Law Office of Daniel Marks, and Defendant Caesars Enterprise Services,

LLC, by and through its counsel, Jacqueline A. Godoy, Esq., of Stokes Wagner, ALC, and hereby

stipulate and agree as follows:

////

////

////

////

////

////

////

////

////

////

1      IT IS HEREBY STIPULATED AND AGREED that Plaintiff may amend her complaint with

2 regard to Defendant's party name. In her complaint, she incorrectly names CAESARS

3 ENTERTAINMENT SERVICES, LLC, as the defendant. The correct party name for Defendant is

4 CAESARS ENTERPRISE SERVICES, LLC.

5 DATED this _10_ day of February, 2020.      DATED this _8th_ day of February, 2020.

6 LAW OFFICE OF DANIEL MARKS      STOKES WAGNER ALC

7

8 _____      _____
DANIEL MARKS, ESQ.            JACQUELINE A. GODOY, ESQ.

9 Nevada State Bar No. 002003      Nevada State Bar No. 11385
610 South Ninth Street         2190 E. Pebble Road, Suite 260

10 Las Vegas, Nevada 89101       Las Vegas, Nevada 89123
*Attorney for Plaintiff*          *Attorney for Defendant*

11                         **ORDER**

12      IT IS SO ORDERED.

13      DATED this _11th_ day of February, 2020.

14

15

16                     _____
Daniel J. Albregts

17                     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28