LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Office@DanielMarks.net
(702) 386-0536; FAX (702) 386-6812
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE SHERIDAN, | Case No.   2:20-CV-00126-APG-DJA |
| Plaintiff, | |
| v. | |
| CAESARS ENTERPRISE SERVICES, LLC, | |
| Defendant. | |

## STIPULATION AND ORDER TO EXTEND
(First Request)

COMES NOW Plaintiff, Julie Sheridan ("Plaintiff"), and Defendant, Caesars Enterprise Services, LLC ("Defendant"), by and their respective counsel, and hereby submit their first request for an extension of time to allow Plaintiff to Reply to Defendant's Response to Plaintiff's Motion to Extend Discovery; Memorandum of Points and Authorities; Declaration of Diana Lerma in Support; and [Proposed] Order (the "Motion") [Doc No. 26].

WHEREAS, Plaintiff filed the Motion on October 23, 2020;

WHEREAS, Defendant responded in opposition to Plaintiff's Motion on November 6, 2020 [Doc. No. 28];

WHEREAS, the last noticed deposition is currently set for November 13, 2020 at 9:00 a.m. Discovery also closes in this matter on November 13, 2020. After the pending deposition is completed, the parties and counsel will need to assess what, if any, additional discovery is necessary. Plaintiff's counsel will confer with Defendant's counsel to see if they can agree to

1  coordinate any remaining discovery that needs to be completed.

2  WHEREAS, Plaintiff's Reply to Defendant's response in opposition to Plaintiff's Motion is due on November 13, 2020, no party will be prejudiced by a one-week extension of Plaintiff's time to reply to Defendant's response in opposition to said Motion;

5  WHEREFORE, IT IS HEREBY STIPULATED between Counsel for Plaintiff and Counsel for Defendant that Plaintiff's deadline to file and serve her Reply is extended up to and including November 20, 2020.

**IT IS SO STIPULATED.**

Dated this 12th day of November, 2020.

LAW OFFICE OF DANIEL MARKS

/s/ #12060
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
610 South Ninth Street
Las Vegas, Nevada 89101
Office@DanielMarks.net
(702) 386-0536; FAX (702) 386-6812
*Attorney for Plaintiff, Julie Sheridan*

Dated this 12th day of November, 2020.

STOKES WAGNER ALC

DIANA LERMA, Admitted Pro Hac Vice
15250 Ventura Blvd., Ste. 710
Sherman Oaks, CA 91403
dlerma@stokeswagner.com
JOHN BENEDICT
2190 E. Pebble Rd., Ste. 260
Las Vegas, Nevada 89123
*Attorneys for Defendant, Caesars Enterprises Services, LLC*

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: November 13, 2020

2